# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Anthony Barclay<br><br>    Plaintiff,<br><br>v.<br><br>Portfolio Recovery Associates, LLC<br><br>    Defendant. | Case No. 1:11-cv-06377<br><br><br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

    Now comes Plaintiff, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the present action with prejudice. This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

    RESPECTFULLY SUBMITTED,

    Macey Bankruptcy Law, P.C.

    By: /s/ Jeffrey S. Hyslip
        Jeffrey S. Hyslip
        Attorney for Plaintiff
        The Willis Tower
        Suite 5150
        Chicago, IL 60606
        Telephone: 1.866.339.1156
        jhyslip@maceybankrutpcylaw.com

2

## **CERTIFICATE OF SERVICE**

     I hereby certify that on November 16, 2011 I electronically filed the foregoing Notice.

Service of this filing will be made by the Court's CM/ECF system upon the following:

Keith S. McGurgan
Litigation Counsel
Office of General Counsel
Portfolio Recovery Associates
140 Corporate Boulevard
Norfolk, Virginia 23502

                                                  /s/ Jeffrey Hyslip